UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No.  10-cr-00013-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  PAMELA SUSAN DIEDERICH,

    Defendant.

## ORDER

This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Monday, March 8, 2010,** and responses to these motions shall be filed by **Wednesday, March 17 , 2010.**  It is

FURTHER ORDERED that a 3-day jury trial is set to commence on **Monday, March 29, 2010, at 9:00 a.m. in courtroom A-1002.**  Finally, it is

ORDERED that the parties shall promptly advise the Court if a hearing on motions and/or final trial preparation conference needs to be set.

Dated this 1st day of February, 2010.

                                                        BY THE COURT:

                                                        s/ Wiley Y. Daniel
                                                        Wiley Y. Daniel
                                                         Chief United States District Judge