UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  10-cr-00013-WYD

UNITED STATES OF AMERICA,

　　　　Plaintiff,

v.

1.  PAMELA SUSAN DIEDERICH,

　　　　Defendant.

---

# MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

　　　A Change of Plea Hearing is set for **Monday, June 14, 2010 at 4:00 pm.**

　　　Dated: May 11, 2010.