UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00013-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. PAMELA SUSAN DIEDERICH,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Due to a scheduling conflict with the Court's calendar, the Change of Plea Hearing set for Monday, June 14, 2010 at 4:00 p.m. is **VACATED and RESET to Tuesday, June 22, 2010 at 3:00 p.m.**

    Dated: June 11, 2010