UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00013-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. PAMELA SUSAN DIEDERICH,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Due to a scheduling conflict, the Change of Plea Hearing set for Tuesday, August 31, 2010 at 3:30 p.m. is **VACATED and RESET** to **Wednesday, September 29, 2010, at 11:00 a.m.**

    Dated: July 22, 2010