UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00013-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. PAMELA SUSAN DIEDERICH,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

**A further Change of Plea hearing is set for Wednesday, October 20, 2010 at 8:30 a.m. Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than <u>72 HOURS</u> before the hearing date. There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

    Dated: September 29, 2010.