IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Criminal Action No.   10-cr-00013-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1. PAMELA SUSAN DIEDERICH,

     Defendant.

---

## ORDER

---

     The Court grants the government's Motion To Dismiss Counts of the

Indictment.  After a review of the motion and the file, it is hereby

     ORDERED that Government's Motion to Dismiss Counts (doc. #55), filed

February 1, 2011, is **GRANTED.**  It is further

     ORDERED that Counts 1 and 3 through 19 of the Indictment are

dismissed.

     Dated this 3rd day of February, 2011.

BY THE COURT:


s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE